**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| SHAWN V. GONZALEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| TOM VILSACK, | ) |
| *Secretary, Department of Agriculture*, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Civil Action No. 3:18CV459 (MHL)

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR SHAWN GONZALEZ

Counsel for Plaintiff, Shawn Gonzalez, has moved this Court, pursuant to Local Civil Rule 83.1(G), for leave to withdraw as counsel of record.  In support, Counsel for Plaintiff states as follows:

On May 3, 2021, Sean Hutson (Mr. Hutson") was appointed as counsel for Shawn Gonzalez ("Ms. Gonzalez") for the limited purpose of representing Ms. Gonzalez in the Settlement Conference in this matter.  The Settlement Conference was subsequently scheduled for September 7, 2021 at 9:30 am.

In the interim, Counsel has accepted employment with a local government and is unable to continue to represent Ms. Gonzalez.  Arrangements to find alternative counsel from Mr. Hutson's current law firm were unsuccessful.

Ms. Gonzalez and opposing counsel, Jay Hambrick, have consented to Counsel's motion to withdraw.

Accordingly, and for the reasons stated above, Counsel for Shawn Gonzalez respectfully requests that the Court allow his motion to withdraw as counsel for the limited purpose of representing Ms. Gonzalez at the Settlement Conference.

Dated: July 29, 2021                              **Respectfully Submitted,**

                                                  **SHAWN GONZALEZ**

*/s/ Sean M. Hutson*
Sean M. Hutson (VSB No. 93578)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400 (Zip: 23219)
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
Email: shutson@sandsanderson.com
*Counsel for Shawn Gonzalez*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/EMC system, which will send a notification of such filing (NEF) to counsel of record and to Shawn Gonzalez:

Jonathan H. Hambrick
VSB No. 37590
Attorney for Defendant
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400 (phone)
(804) 771-2316 (fax)
jay.h.hambrick@usdoj.gov

Shawn Gonzalez
16127 Daybreak Lane
Beaverdam, Virginia 23015
(804) 971-1744 (phone)
shawngonzalez@gmail.com

_/s/ Sean M. Hutson_
Sean M. Hutson (VSB No. 93578)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400 (Zip: 23219)
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
Email: shutson@sandsanderson.com
_Counsel for Shawn Gonzalez_

3